**Appeal Reinstated; Order filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00469-CR

———————

**ANDREW SCOTT PARKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1202736**

## ORDER

This is an appeal from an order adjudicating appellant's guilt and sentencing him to confinement for seven years in the Institutional Division of the Texas Department of Criminal Justice. The appeal was abated to determine whether the reporter's record accurately reflected appellant's plea to the allegations in the motion to adjudicate. After a hearing, the trial court determined that the reporter's record is accurate. The trial court's findings of fact and conclusions of law were filed in a supplemental clerk's record on May 23, 2013.

Accordingly, we **ORDER** the appeal **REINSTATED.** We order appellant to file a brief in this appeal on or before **July 1, 2013.**

PER CURIAM